IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BRUCE ALLEN ENGLESBY,

    Plaintiff,

  v.

                                  Case No. 20-cv-222-bbc

WISCONSIN DEPARTMENT OF
REVENUE,

    Defendant.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case.

| /s/ | 5/1/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |